IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GSL TECHNOLOGY, INC., a Michigan corporation, and GREGORY S. LATKA, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>GEMINI TECHNOLOGIES, INCORPORATED, an Idaho corporation, PHILIP H. DATER and DANIEL J. WHELAN, individuals,<br><br>          Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:16-cv-212-BLW |

THIS MATTER having come before the Court upon the Stipulation to Dismiss with Prejudice, and the Court having reviewed the same;

NOW THEREFORE, IT IS HEREBY ORDERED that the Stipulation (docket no. 40) is APPROVED, and that this matter be, and hereby is, DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs. The Clerk shall close this case and term all pending motions.

DATED: January 20, 2017

_____

B. Lynn Winmill
Chief Judge
United States District Court